**BENJAMIN KIM, OSB #066426**
4248 Galewood St
Lake Oswego, OR 97035
Tel: (503)344-6251
Email: ben@benkimlaw.com
Attorney for ANA PATRICIA ESCALANTE

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>**ANA PATRICIA ESCALANTE**,<br>Defendant. | CASE NO.: 3:24-CR-00383-AN-12<br><br>SENTENCING MEMORANUDUM |

    Defendant Ana Patricia Escalante, through her attorney Benjamin Kim, respectfully submits this Sentencing Memorandum. Ms. Escalante comes to this Court on August 18 2026, to be sentenced in this matter.

    For the reason set forth in this memorandum and Defendant's Confidential Sentencing Memorandum, Ms. Escalante respectfully requests that the Court impose a sentence of 25 months in the Bureau of Prisons.

    Ms. Escalante requests the Court impose a reasonable sentence in light of all factors including those under § 3553 (a). Ms. Escalante further requests that she received all credits

PAGE | 1
CASE NO.: 3:24-CR-00383-AN-12 SENTENCING MEMORANUDUM
BENJAMIN KIM
ATTORNEY AT LAW
4248 GALEWOOD ST
LAKE OSWEGO, OR 97035
P: (503) 344-6251 | F: (503) 961-9777

including credit for time served including time she had been in custody since her arrest and that she be eligible for all available programs.

Dated this 11th of August 2026.

/s/ [signature]

Benjamin B. Kim, OSB #066426
Attorney for Defendant

PAGE | 2
CASE NO.: 3:24-CR-00383-AN-12 SENTENCING MEMORANUDUM
BENJAMIN KIM
ATTORNEY AT LAW
4248 GALEWOOD ST
LAKE OSWEGO, OR 97035
P: (503) 344-6251 | F: (503) 961-9777