SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GEOFFREY A. BARROW, DCB #462662**
Geoffrey.Barrow@usdoj.gov
**NICHOLAS D. MEYERS, OSB #222743**
Nicholas.Meyers@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-cr-00383-AN-12** |
| v. | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **ANA PATRICIA ESCALANTE,** | |
| **Defendant.** | |

Defendant Ana Escalante was a leading member of a large multi-state criminal conspiracy that stole more than $2.4 million dollars of benefits from hundreds of low-income and food-insecure individuals and families. Mothers struggling to feed their families and seniors who rely on public assistance were left in the checkout line, unable to purchase groceries because members of the conspiracy had depleted their electronic food benefits to purchase infant formula, energy drinks, and other items, which the defendant and her coconspirators resold for personal gain. Defendant was the leader of the six-member, family-based transportation crew. She recruited its members to pick up, store, and transport thousands of pounds of stolen infant

**Government's Sentencing Memorandum** **Page 1**

formula from Vancouver, Washington, to California where defendant sold it for re-distribution on the illicit market.

For all the reasons set forth herein, the government recommends a sentence of 30 months' imprisonment followed by a three-year period of supervised release and a $100 special fee assessment. The government also seeks restitution in the amount of $2.4 million.

## I.    Factual Background

### A.    The Offense Conduct

The Presentence Investigation Report (PSR) accurately summarizes the offense conduct in paragraphs 19 through 34, which are incorporated herein by reference.

The government's investigation began in 2023 in response to a dramatic rise in fraud associated with Electronic Benefit Transfer (EBT) cards in the Pacific Northwest. The investigation uncovered a large, multistate conspiracy to fraudulently obtain infant formula, energy drinks, and other items using public assistance benefits that are administered through the U.S. Department of Agriculture's Supplemental Nutrition Assistance Program ("SNAP"). SNAP is a federally funded program designed to help low-income individuals and families purchase food. In Oregon, SNAP public assistance benefits are loaded to an account that a qualified recipient accesses by means of an access card, similar to a debit or credit card, called the Oregon Electronic Benefit Transfer ("EBT") Card. All states maintain SNAP programs that operate in a substantially similar manner.

The conspirators in this case can be divided into the "theft crew" and the "transportation crew." The theft crew stole EBT numbers using skimming devices affixed to point of sale terminals and by obtaining stolen EBT numbers from others. Theft crew members used the fraudulently obtained EBT numbers to purchase infant formula, energy drinks, and other SNAP

**Government's Sentencing Memorandum**                                        **Page 2**

eligible food items at grocery stores in Oregon and Washington.  Members of the transport crew, including defendant, collected stolen EBT eligible food items from members of the theft crew and transported the items to California by car and commercial carrier for re-sale on the illicit market.

Defendant was the leader of the transportation crew.  She recruited her son, daughter-in-law, sister, niece, and others to work as part of the transportation crew.

On September 26, 2023, defendant rented a minivan to pick up stolen infant formula. That same day, she and coconspirator Cristina Escalante met with coconspirators Salvis Dunca and Florin Mareata at a storage unit in Vancouver, Washington.  Surveillance observed Dunca and Mareata transfer fraudulently obtained infant formula to defendant's van.  Defendant drove to a second storage unit in Vancouver rented by coconspirator Jessica Gonzalez and unloaded the formula.  Defendant then returned to Dunca's storage unit to pick up additional formula that she and Cristina Escalante transferred to their storage unit.

On April 3, 2024, defendant and coconspirator Edwin Santizo-Ralon picked up fraudulently obtained infant formula and transported it to the Vancouver storage unit.  The following day, Santizo-Ralon met a commercial shipping company truck at the Vancouver storage unit to transport the fraudulently obtained goods to California.  Shipping records show that the shipment weighed 3,900 points and was delivered to San Pedro, California.  Based on the weight of the shipment, investigators estimate that this shipment alone was worth in excess of $75,000.

On May 22, 2024, surveillance observed defendant and co-conspirators Marta de Estrada and Cristina Escalante at the Vancouver storage unit packaging stolen infant formula for reshipment.

**Government's Sentencing Memorandum**                                                                 **Page 3**



That same day, a commercial shipper picked up 5,000 pounds of stolen infant formula for delivery to San Pedro. Based on the weight of the shipment, investigators estimate that this shipment alone was worth more than $100,000.

On July 9, 2024, defendant, Santizo-Ralon, and de Estrada prepared 1,300 pounds of stolen infant formula for shipment to California.



The following day, defendant, Santizo-Ralon, and de Estrada loaded additional formula into the storage unit.

From August 5 to 7, 2024, members of the theft crew used stolen EBT benefits to obtain infant formula. On August 7, 2024, defendant scheduled a commercial pickup from the storage unit. Shipping records show that the shipper picked up two pallets, listed as "food" that weighed 2,600 pounds. The shipment was delivered to San Pedro.

The investigation gathered evidence that transportation crew was involved in coordinating regular shipments from the Vancouver storage unit to San Pedro. From September 2023 to September 2024, they coordinated seventeen shipments from the Vancouver storage unit to San Pedro. Commercial shipping records show that the total weight of the shipments was 124,390. Investigators estimate that these shipments were worth in excess of $2.4 million.

On October 22, 2024, law enforcement officers executed a search warrant at defendant's residence in Pomona, California. They seized $13,200 in cash, numerous cans of infant formula, and records.

### B.    The Charges

On October 9, 2024, defendant and fifteen coconspirators were charged in a sixteen-count indictment. Defendant was charged in Count 1 with Conspiracy to Defraud the United States, in violation of 18 U.S.C. § 371. She was also charged in Counts 14 and 15 with Interstate Transportation of Stolen Goods, in violation of 18 U.S.C. §§ 2314 and 2.

## II.    Plea Agreement and Guidelines Computations

On April 2, 2026, defendant pleaded guilty to Count 1 of the Indictment.

The sentencing guidelines are accurately set forth in paragraphs 39 through 49 of the presentence report. They are:

**Government's Sentencing Memorandum**                                          **Page 5**

| Guideline Section | Offense Level |
|---|---|
| Base Offense Level – USSG §§ 2B1.1(a)(1), 2X1.1(a) | 6 |
| Loss of more than $1,500,000 – USSG § 2B1.1(b)(1)(I) | +16 |
| Ten or More Victims – USSG § 2B1.1(b)(2)(A) | +2 |
| **Total** | **24** |
| Aggravating Role – USSG § 3B1.1(b) | +3 |
| Acceptance of Responsibility – USSG § 3E1.1 | -3 |
| **Adjusted Offense Level** | **24** |
| Downward Variance | -2 |
| **Final Offense Level** | **22** |

## III.     Argument

### A.     Government's Recommended Sentence

Pursuant to the plea agreement and applicable advisory sentencing guidelines, the government recommends a sentence of 30 months followed by a three-year period of supervised release.  A 30-month sentence of imprisonment is warranted based on defendant's involvement in facilitating the collection and transportation of millions of dollars of stolen SNAP-eligible goods to be resold on the illicit market for personal gain.  A 30-month sentence is also necessary to ensure no unwarranted sentencing disparity between similarly situated defendants.

### B.     Restitution and Forfeiture

Pursuant to 18 U.S.C. § 3663A, the government seeks an order of restitution in the amount of $2.4 million.  Liability should be joint and several with Jessica Gonzalez, Edwin Santizo-Ralon, Cristina Escalante, Edgar Hernandez, and Marta Hernandez.  As set forth above, defendant was responsible for facilitating the shipment of $2.4 million of stolen infant formula

obtained with stolen SNAP benefits.  Payment should be made to Food and Nutrition Service, PO Box 979027, Lock Box 9027, St. Louis, MO 63197-9000

There are no outstanding forfeiture issues.

## IV.    Conclusion

For the above reasons, the government respectfully recommends the Court impose a sentence of 30 months followed by a three-year period of supervised release and a $100 fee assessment.

Dated: August 12, 2026

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

/s/ *Geoffrey A. Barrow*
GEOFFREY A. BARROW, DCB #462662
NICHOLAS D. MEYERS, OSB #222743
Assistant United States Attorneys